**In re Allan M. WEINSTEIN.**

No. 2013–1196.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2013.

Robert R. Deleault, Mesmer & Deleault, PLLC, of Manchester, New Hampshire, argued for appellant.

Joseph G. Piccolo, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Acting Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

MOORE, SCHALL, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**